

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
212-216-8070
rsteer@tarterkrinsky.com

January 30, 2020



SO ORDERED

FEB 0 5 2020 The initial conference is adjourned from February 19, 2020 to March 4, 2020 at 9:30 a.m.

George B. Daniels

**Via ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Jermaine Deleston v. Turnmill LLC et al.
Case No. 19-cv-10047(GBD)**

Dear Judge Daniels,

We represent defendant Harvard Agency Co., Inc. (referred to herein as "Defendant") in the referenced action. Pursuant to Rule II.C of Your Honor's Individual Rules and Practices, we write to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for February 19, 2020 at 9:30 AM [Dkt. No. #7]. Plaintiff's counsel and co-Defendant Turnmill LLC's counsel consent to this request.

We are seeking the adjournment because I am scheduled to be out of town for that week. The parties are available and propose the week of February 24 or March 2 for the Initial Conference subject to Your Honor's convenience.

This is Defendant's first request for an adjournment. We thank the Court for its time and consideration.

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant Harvard Agency Co., Inc.*

By: /s/ Richard L. Steer
 Richard L. Steer

cc: Plaintiff's counsel (ECF)
 Turnmill LLC's counsel (ECF)

{Client/086259/1/02012934.DOCX;1 }