UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JERMAINE DELESTON,

                          Plaintiff,

      -against-

TURNMILL LLC, *d/b/a Turnmill* and HARVARD
AGENCY CO., INC.,

                        Defendants.

------------------------------------- x

ORDER

19 Civ. 10047 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The initial conference is adjourned from June 17, 2020 to September 9, 2020 at 9:30 am.

Dated: New York, New York
       June 8, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge