**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JERMAINE DELESTON,

                         Plaintiff,

            -against-

TURNMILL LLC, *d/b/a Turnmill* and HARVARD
AGENCY CO., INC.,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 10047 (GBD)

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

       The March 31, 2021 conference is canceled.

Dated: New York, New York
         March 29, 2021

                            SO ORDERED.

                            *George B. Daniels*
                            GEORGE B. DANIELS
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 9 2021