

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.



VIA CM/ECF

April 27, 2021

U.S. District Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: APR 27 2021

Re:   *Deleston v. Turnmill LLC, et al.*, Case No. 1:19-cv-10047-GBD

Dear Judge Daniels:

This office represents Jermaine Deleston ("Plaintiff") in connection with the above captioned matter. As previously reported, this action has been resolved in principle and that the parties are in the process of drafting and exchanging an agreement that is being reviewed by the parties and their counsel for execution. Respectfully, we are requesting together with counsel for the defendants a stay of all deadlines and conferences, for an additional thirty (30) days so that the parties can finalize the agreement and file a proposed consent decree. The reason for the delay is that counsel for defendant Harvard Agency Co., Inc., has been dealing with a family COVID-related emergency, which has prevented him from addressing this action.

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*

Erik M. Bashian, Esq.

cc:   Christopher R. Travis, Esq. *(via CM/ECF only)*
      Richard L. Steer, Esq. *(via CM/ECF only)*