UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JERMAINE DELESTON,

    Plaintiff,

  -against-

TURNMILL LLC and HARVARD
AGENCY CO., INC.,

    Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 26 2021

ORDER

19 Civ. 10047 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the Plaintiff's notice that the Parties have reached a settlement on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within thirty (30) days of this order.

The Clerk of Court is directed to close the letter motion, (ECF No. 43), accordingly.

Dated: May 26, 2021
   New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge