

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

June 23, 2021

**Via ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 2 4 2021

Re: **Jermaine Deleston v. Turnmill LLC et al.
Case No. 19-cv-10047(GBD)**

Dear Judge Daniels,

We represent defendant Harvard Agency Co., Inc. (referred to herein as "Defendant") in the above-referenced action. As previously reported, this action has been resolved in principle and that the parties are in the process of drafting and exchanging an agreement. Such agreement has now been revised and is being circulated among the parties and their counsel for comments and execution. We write to respectfully request, together with counsel for plaintiff and co-defendants, a final stay for all deadlines and conferences for an additional thirty (30) days so that the parties may finalize the Agreement and file a proposed Consent Decree. The reason for the extension is that the parties needed additional time to obtain additional details regarding proposed remediation at the Premises and to finalize the settlement agreement and file a proposed consent decree.

We thank the Court for its time and consideration.

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant Harvard Agency Co., Inc.*

By: __/s/ Richard L Steer__
Richard L. Steer

cc: Plaintiff's counsel (ECF)
Turnmill LLC's counsel (ECF)

{Client/086259/1/02422144.DOCX;1 }